UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------X  Case No. **1:24-cv-01115-JRC**

VALERIA LOPEZ, KAREN MOLINA,
ANGELICA PEREZ and
MICHAEL VALENCIA,

                    *Plaintiffs*,      **REQUEST FOR CLERK'S CERTIFICATE OF DEFAULT**

   -against-

TAQUERIA LA NORTENA, CORP and
GUILLERMO LOPEZ, Individually,

                    *Defendants.*

---------------------------------------------------------X

     Pursuant to Fed. R. Civ. P. 55(a) and Local Rule 55.1, Plaintiffs VALERIA LOPEZ, KAREN MOLINA, ANGELICA PEREZ, and MICHAEL VALENCIA respectfully request that the Clerk of Clerk issue a Certificate of Entry of Default in the above-captioned matter. Within the Affirmation accompanying this request, the undersigned affirms that the respective Defendants against whom the judgment is sought:

    I. are not infants or incompetent persons;

    II. are not in military service;

    III. were properly served with process pursuant to Fed. R. Civ. P. Rule 4(e)(1) and proof of such service was duly filed with the court;

    IV. have defaulted in appearance in the above-captioned action.

Dated:  New York, New York
       March 28, 2024

 

_____
Lina Stillman, Esq. (LF1102)
STILLMAN LEGAL, P.C.
42 Broadway, 12th Floor
New York, NY 10004
(212) 203-2417

LS@StillmanLegalPC.com
*Attorneys for Plaintiff*