```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X   Case No. **1:24-cv-01115-JRC**
VALERIA LOPEZ, KAREN MOLINA,
ANGELICA PEREZ and
MICHAEL VALENCIA,
                                                            **CLERK'S CERTIFICATE**
                    *Plaintiffs*,                           **OF DEFAULT**

    -against-

TAQUERIA LA NORTENA, CORP and
GUILLERMO LOPEZ, Individually,

                    *Defendants.*
-----------------------------------------------------------X
```

    I, BRENNA MAHONEY, Clerk of the United States District Court for the Eastern District of New York, do hereby certify that this action was commenced on February 13, 2024, with the filing of a summons and complaint. Electronic summons were issued to Defendants TAQUERIA LA NORTENA, CORP, and GUILLERMO LOPEZ on February 13, 2024. (ECF Nos. 6).

    A copy of the summons and complaint were served on Defendant TAQUERIA LA NORTENA, CORP on February 16, 2024; Proof of Service was thereafter filed with the Court on February 25, 2024 (ECF No. 7). A copy of the summons and complaint was served on Defendant GUILLERMO LOPEZ on February 16, 2024; Proof of Service was thereafter filed with the Court on February 25, 2024 (ECF No. 8).

    I further certify that the docket entries indicate that the Defendants have not filed an answer or otherwise moved with respect to the Complaint herein. The default of the Defendants is hereby noted.

Dated: _____

                                                             **Brenna Mahoney,**
                                                             **Clerk of Court**

                                                            By:_____
                                                              **Deputy Clerk**